| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | 3/7/2014<br>2:00 p.m. |

*Michelle Zagaroli, et al. v. Korsinsky & Klein, LLP, et al.*
13-CV-3825 (RJD) (JO)

TYPE OF CONFERENCE: Status

APPEARANCES: Plaintiffs    Novlette R. Kidd

Defendants    Diane K. Kanca

SCHEDULING: The next pretrial conference will be held on April 22, 2014, at 9:30 a.m.

SUMMARY: As set forth on the record, I granted the defendants' motion to stay discovery pending the anticipated motion to dismiss. The defendants shall request a pre-motion conference by March 14, 2014. I denied as premature the plaintiffs' motion to compel discovery; if and when discovery recommences, the parties must meet and confer in a good faith effort to resolve or narrow their discovery disputes.

SO ORDERED

/s/
JAMES ORENSTEIN
U.S. Magistrate Judge