UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X Case No. 13-cv-03825-RJD-JO
MICHELLE ZAGAROLI and SIKANDAR SHAH
individually and on behalf of M.S. his minor child, on
behalf of themselves individually and all others
similarly situated,

                                         Plaintiffs,        STIPULATION OF
                                                          VOLUNTARY DISMISSAL

     -against-

KORSINSKY & KLEIN, LLP. and MICHAEL
KORSINSKY,

                                         Defendants.
------------------------------------------------------------------------X

        The Parties, by and through their attorneys, hereby consent to the dismissal of the above-entitled action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without costs or fees. The class claims are dismissed without prejudice.

Dated:  September 16, 2014.


                                                   Dated:  Brooklyn, New York
                                                                          _____2014.


                                                   SO ORDERED:


                                                 _____
                                               HON. RAYMOND J. DEARIE, U.S.D.J.

| /s/ *Novlette R. Kidd* | /s/ *Diane K. Kanca* |
|---|---|
| NOVLETTE R. KIDD, ESQ. | DIANE K. KANCA, ESQ. |
| Fagenson & Puglisi | Voute Lohrfink Magro & McAndrew, LLP. |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 450 Seventh Avenue, Suite 704 | 170 Hamilton Avenue |
| New York, New York 10123 | White Plains, New York 10601 |
| Tel.: (212) 268-2128 | Tel.: (914) 946-1400 |
| Nkidd@fagensonpuglisi.com | Dianekanca@aol.com |